

☐ ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2712
Fax. (212) 637-2750

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
                                :
CLARA M. AZCONA,                :
                                :
                Plaintiff,      :    STIPULATION AND ORDER
                                :
                                :    07 Civ. 5538 (WHP)(GWG)
        - v. -                  :
                                :
MICHAEL J. ASTRUE,              :
Commissioner of                 :
Social Security,                :
                                :
                Defendant.      :
- - - - - - - - - - - - - - - -x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties, that defendant shall pay to plaintiff's counsel, the sum of five thousand six hundred and twenty-two dollars ($5,622.00) in attorney's fees, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, in full

satisfaction of any and all claims for attorney's fees and costs in connection with this action.

Dated: New York, New York
       February 13, 2008

                    BINDER & BINDER, P.C.
                    Attorneys for Plaintiff

By: _____
    CHARLES E. BINDER, ESQ.
    215 Park Avenue South
     6th Floor
    New York, New York  10003
    Telephone No.: (212) 677-6699

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: _____
    JOHN E. GURA, JR.
    Assistant United States Attorney
    86 Chambers Street – 3rd Floor
    New York, New York  10007
    Telephone No.: (212) 637-2712
    John.Gura@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

2-15-08